**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 22-1353**

—————————

JERMAINE M. CAPEL,

> Plaintiff - Appellant,

> v.

NORFOLK PUBLIC SCHOOLS,

> Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:19-cv-00605-AWA-LRL)

—————————

Submitted: October 18, 2022                    Decided: October 20, 2022

—————————

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Jermaine M. Capel, Appellant Pro Se. Bonnie Patricia Lane, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine M. Capel seeks to appeal the district court's order dismissing his civil action against his former employer. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on February 25, 2022. Capel filed the notice of appeal on March 30, 2022. Because Capel failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Capel's motion to seal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2